IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| TAMIKA N. KELLY, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. : 3:14-3783-MBS |
| TRANS UNION LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, AND REED ELSEVIER, d/b/a/ ) | |
| LEXISNEXIS, ) | |
| Defendants. ) | |

**DEFENDANT TRANS UNION LLC'S**
**ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES**

Trans Union LLC ("Trans Union"), the Defendant herein, files its Answers to Local Rule 26.01 Interrogatories as follows:

A. State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** None known at this time.

B. As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:** The claims appear to be causes of action triable by a jury.

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., which is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company, Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publicly traded entity. Trans Union is not a publicly owned company. No public company owns 10 percent or more of the stock in Trans Union LLC.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** Trans Union does not challenge the appropriateness of the division.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** No.

F. If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** Trans Union LLC is the proper name of this Defendant.

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said identity.

**ANSWER:** Trans Union makes no such contention at this time, but reserves the right to supplement its answer after discovery has been conducted.

Respectfully Submitted,

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**
Federal ID No.: 2212
**YOUNG CLEMENT RIVERS, LLP**
P.O. Box 993
25 Calhoun Street, Suite 400
Charleston, SC 29401
Telephone: (843) 724-6659
Facsimile: (843) 579-1332
Email: wjohnson@ycrlaw.com
**COUNSEL FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties:

David Andrew Maxfield
Attorney, LLC
dave@consumerlawsc.com
5217 N. Trenholm Road, Suite B
Columbia, SC 29206
Telephone: (803) 509-6800
Facsimile: (855) 299-1656
*Counsel for Plaintiff*

Donald E. Burton
dburton@ficlaw.com
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
Dayton, OH 45402
Telephone: (937) 227-3736
Facsimile: (937) 227-3717
  and
Amy L. Hill
ahill@sowellgray.com
Sowell Gray Stepp & Laffitte, LLC
1310 Gadsden Street
P.O. Box 11449
Columbia, SC  29211
Telephone: (803) 231-7828
Facsimile: (803) 231-7878
*Counsel for Defendant Reed Elsevier*

K. Ann Broussard
ABroussard@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
*Counsel for Defendant Equifax Information Services, LLC*

Lindsey Carlberg Livingston
lindsey.livingston@arlaw.com
Adams and Reese LLP
1501 Main Street, 5th Floor
Columbia, SC 29201
Telephone: (803) 254-4190
Facsimile: (803) 212-1344
*Counsel for Experian Information Solutions, Inc.*

          *s/ Wilbur E. Johnson*
          **WILBUR E. JOHNSON**